UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH MARIE ANDERSON,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES GOVERNMENT, et. al.,<br><br>                Defendants. | CASE NO. 23-5333 RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 7. The Court has considered the Report and Recommendation and the remaining file. It is fully advised.

      The Report and Recommendation recommends that the Plaintiff's application to proceed *in forma pauperis* ("IFP") and all other pending motions be denied as moot and recommends dismissal of the case without prejudice for failure to prosecute. Dkt. 7. No objections have been filed.

The Report and Recommendation (Dkt. 7) should be adopted. For the reasons stated in the Report and Recommendation, the Plaintiff's IFP application and all other pending motions should be denied as moot and the case dismissed without prejudice for failure to prosecute.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 7) **IS ADOPTED**;
- The Plaintiff's IFP application (Dkt. 1) and all other pending motions **ARE DENIED AS MOOT**; and
- The case **IS DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Christel, all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of August, 2023.

ROBERT J. BRYAN
United States District Judge